IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

SA14CA0784DAE

| | |
|---|---|
| Preben Jensen § | |
| Mary Jo Jensen § | |
| § | Civil Action No. |
| *Plaintiffs/Garnishors* § | |
| v. § | |
| § | |
| Edward D. Jones & Co., L.P. § | |
| Bank of America, N.A. § | |
| § | |
| *Defendants/Garnishees* § | |

§ § § § § § § § § § § § §   §   § § § § § § § § § § § § §

## ORDER GRANTING APPLICATION FOR WRIT OF GARNISHMENT

Plaintiffs-Garnishors Preben Jensen and Mary Jo Jensen "Garnishors", as owners and holders of a judgment against Judy Rollinger in this matter, have requested that the Court grant its Application for Writ of Garnishment. Garnishors' application is supported by the Affidavit of Preben Jensen and Mary Jo Jensen.

Having reviewed the Garnishors' application, and good cause being shown thereby, this Court finds that Garnishors' Application for Writ of Garnishment meets the requirements for a writ of garnishment under Texas law and Federal Rules of Civil Procedure 64 and 69.

IT IS THEREFORE ORDERED as follows:

(1) That Garnishors' Application for Writ of Garnishment be, and the same hereby is, GRANTED;

(2) That the Clerk SHALL ISSUE the attached Writs of Garnishment that command Garnishees to appear as required by law and answer under oath what property the

Garnishees have of Judgment Debtor Judy Rollinger, and where that property was when the writ was served, and what other persons, if any, within Garnishee's knowledge, have effects of the Judgment Debtor;

(3) That the maximum value of property or indebtedness that may be garnished not exceed the amounts awarded in the Judgment.


**SO ORDERED, THIS \_\_\_ DAY OF _____, 2014**

_____

**United States District Judge**