IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Preben Jensen | § | |
| Mary Jo Jensen | § | |
| | § | Civil Action No. . SA:14-CV-784-DAE |
| *Plaintiffs/Garnishors* | § | |
| v. | § | |
| | § | |
| Edward D. Jones & Co., L.P. | § | |
| Bank of America, N.A. | § | |
| | § | |
| *Defendants/Garnishees* | § | |
| | § | |

§ § § § § § § § § § § § § § § § § § § § § § § § § § §

## **MODIFICATION OF ORDER GRANTING APPLICATION FOR WRIT OF GARNISHMENT**

In light of this Court's Order in a related proceeding, Jensen et al. v. Rollinger et al., Case No. SA:13-CV-1095-DAE (Dkt. # 65), the Order Granting Application for Writ of Garnishment in this matter (Dkt. # 2), the Court hereby **MODIFIES** said Order Granting Application for Writ of Garnishment:

1. To allow Edward Jones to continue to make monthly distributions from Judgment Debtor Judy Rollinger's IRA account (Account # XXX-XX357-1-7) into Judgment Debtor Judy Rollinger's brokerage account (Account # XXX-XX312-1-1), in order to avoid a 10% tax penalty to Rollinger while protecting Plaintiffs' security.

2. To set the bond required of the debtor to replevy property garnished at the amount of Plaintiffs' claim- namely $96,000, plus costs and pre- and post-judmgent interest.

3. To set the bond required of the Judgment Creditor at $500, an amount which, in the

opinion of the Court, shall adequately compensate Judgment Debtor in the event that Plaintiffs fail to prosecute their suit to effect, and pay all damages and costs as shall be adjudged against them for wrongfully suting out the writ of garnishment, pursuant to Texas Rule of Civil Procedure 658.

IT IS SO ORDERED

DATED: San Antonio, Texas, September ___, 2014

                                                    David Alan Ezra
                                                    Senior United States District Judge