IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Preben V. Jensen<br>Mary Jo Jensen<br><br>  *Plaintiffs/Garnishors;*<br>v.<br><br>Bank of America Corporation, N.A.<br><br>*and*<br><br>Edward D. Jones & Co, L.P.<br><br>  *Defendants/Garnishees* | § § § § § § § § § § § § § § § § | Case No. SA:14-CV-784-DAE |

§ § § § § § § § § § § § §   § § § § § § § § § § § § §

## WRIT OF GARNISHMENT

To BANK OF AMERICA, N.A., Garnishee:

In Civil Action No. 5:13-cv-01095-DAE, styled *Jensen et al. v. Rollinger et al.*, in the United States District Court for the Western District of Texas, Plaintiffs were Preben Jensen and Mary Jo Jensen and Defendants were Judy Rollinger and Rick Knight. On August 4, 2014, the Court issued a Judgment in favor of Preben Jensen and Mary Jo Jensen for the sum of $96,000, plus costs and pre- and post-judgment interest.

Preben Jensen and Mary Jo Jensen have properly sought this Writ of Garnishment against you, Edward Jones & Co., L.P. Accordingly, within twenty-one (21) days after you are served with this Writ, you are commanded to do the following:

Serve an answer as Garnishee on Preben Jensen and Mary Jo Jensen, and file your answer with the Court. In your answer, state under oath:

What, if anything, you are presently indebted to Judy Rollinger, A/K/A Judith Rollinger (the "Judgment Debtor") and what effects, if any, of the Judgment Debtor you have in your possession;

What, if anything, you were indebted to the Judgment Debtor when this Writ was served on you and what effects, if any, of the Judgment Debtor you had in your possession at that time;

What persons you know of who are indebted to the Judgment Debtor or who have effects belonging to the Judgment Debtor in their possession

Do NOT pay any debt to the Judgment Debtor.

Do NOT deliver to the Judgment Debtor any effects, pending further orders of the Court.

Your answer should be filed with the Court in this proceeding, Case No. SA:14-CV-784-DAE.

Your answer should be served on Preben Jensen's and Mary Jo Jensen's counsel of record in that action:

Wade B. Shelton
Shelton & Valadez PC
600 Navarro, ste. 500
San Antonio, TX 78205-1860
210-349-0515 (telephone)
wshelton@shelton-valadez.com

Mr. William G. Putnicki, CLERK

By: _____
Deputy Clerk Rosanne M. Garza

United States District Court for the
Western District of Texas,
San Antonio Division

Dated: 10/27/2014