IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| PREBEN V. JENSEN, *et. al.*, <br>     *Plaintiff/Judgment Creditor*, <br> v. <br> JUDY ROLLINGER, *et. al.*, <br>     *Defendant/Judgment Debtor.* | Case No.: 5:14-CV00784 |

**NOTICE TO JUDGMENT DEBTOR JUDY ROLLINGER**

TO JUDY ROLLINGER, Defendant:

You are hereby notified that certain properties alleged to be owned by you have been garnished. If you claim any rights in such property, you are advised:

"YOU HAVE A RIGHT TO REGAIN POSSESSION OF THE PROPERTY BY FILING A REPLEVY BOND. YOU HAVE A RIGHT TO SEEK TO REGAIN POSSESSION OF THE PROPERTY BY FILING WITH THE COURT A MOTION TO DISSOLVE THIS WRIT."