

September 30, 2015

FILED

OCT 9 2015

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____

SA14CV784

U.S. District Clerk's Office
Western District of Texas
655 E Cesar E Chavez Blvd-Room G65
San Antonio Tx 78206

RE: Writ of Garnishment/Judy Rollinger

To whom it may concern:

This letter is in response to a Writ of Garnishment served on Citizens State Bank, Somerville, Texas, in regards to our customer, Judy Rollinger.

CSB is not indebted to Ms Rollinger; however there is a checking account with a balance of $918.14. A hold has been placed on these funds and any subsequent deposits. This balance represents the amount in her account the day CSB was served with the Writ and the balance still remains the same.

CSB is not aware of persons indebted to Ms Rollinger.

Respectfully submitted,

*Leslie D Schoppe*

Leslie D Schoppe
VP/Cashier

Local People... Local Decisions...

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

PREBEN V. JENSEN, et. al.,

    *Plaintiff/Garnishors,*

v.

CITIZENS STATE BANK OF
SOMERVILLE, et. al.

    *Defendant/Garnishees.*

Case No. 5:14-cv-00784

## WRIT OF GARNISHMENT

To CITIZENS STATE BANK OF SOMERVILLE, Garnishee:

In Civil Action No. 5:13-cv-01095-DAE, styled Jensen et al. v. Rollinger et al., in the United States District Court for the Western District of Texas, Plaintiffs were Preben Jensen and Mary Jo Jensen and Defendants were Judy Rollinger and Rick Knight. On August 4, 2014, the Court issued a Judgment in favor of Preben Jensen and Mary Jo Jensen for the sum of $96,000, plus costs and pre- and post-judgment interest.

Preben Jensen and Mary Jo Jensen have properly sought this Writ of Garnishment against you, Citizens State Bank of Somerville. Accordingly, within twenty-one (21) days after you are served with this Writ, you are commanded to do the following:

Serve an answer as Garnishee on Preben Jensen and Mary Jo Jensen, and file your answer with the Court. In your answer, state under oath:

1. What, if anything, you are presently indebted to Judy Rollinger, A/K/A Judith Rollinger (the "Judgment Debtor") and what effects, if any, of the Judgment Debtor you have in your possession;
2. What, if anything, you were indebted to the Judgment Debtor when this Writ was served on you and what effects, if any, of the Judgment Debtor you had in your possession at that time;
3. What persons you know of who are indebted to the Judgment Debtor or who have effects belonging to the Judgment Debtor in their possession;