UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PREBEN V. JENSEN, | § | |
| MARY J. JENSEN, | § | NO. SA:14-CV-784-DAE |
| | § | |
| *PLAINTIFFS/GARNISHORS;* | § | |
| | § | |
| V. | § | |
| | § | |
| EDWARD D. JONES & CO., L.P., ET AL. | § | |
| | § | |
| *DEFENDANTS/GARNISHEES* | § | |

## GARNISHEE'S ANSWER

NOW COMES Garnishee, Royston, Rayzor, Vickery & Williams, LLP, and files this Answer to the Amended Writ of Garnishment (Dkt. 19) (the "Writ"), answering as follows:

1. Garnishee is not presently indebted to Judy Rollinger a/k/a Judith Rollinger (the "Judgment Debtor"), nor does Garnishee have any effects of the Judgment Debtor in its possession.

2. Garnishee was not indebted to the Judgment Debtor when this Writ was issued on September 15, 2015, nor did Garnishee have any effects of the Judgment Debtor in its possession at that time.

3. Garnishee does not know of any persons who are indebted to the Judgment Debtor or who have effects belonging to the Judgment Debtor in their possession, other than the Parties already involved in this litigation.

Under a penalty of perjury, I affirm that I have examined this answer and to the best of my knowledge and belief it is true, correct, and complete.

Executed on this 14 day of October, 2015.

_Thomas W. Winkler_
Thomas W. Winkler
Firm Administrator
Royston, Rayzor, Vickery & Williams, LLP
1600 Smith Street, Suite 5000
Houston, Texas 77002